IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| OWEN HARTY | : | CIVIL ACTION |
| v. | : | |
| IDM EAST OAK, LLC et al | : | NO.17-1859 |

O R D E R

**AND NOW, TO WIT:** this 14th day of May, 2018, it having been reported that the issues between the parties in the above action has been settled and upon Order of the Court pursuant to the provisions of Rule 41.1(b) of the Local Rules of Civil Procedure of this Court (effective January 1, 1970), it is

**ORDERED** that the above action is **DISMISSED** with prejudice, pursuant to agreement of counsel without costs.

**Kate Barkman**, Clerk of Court

**BY:** */s/ Mark A. Rafferty*
Mark A. Rafferty
Deputy Clerk

E-mailed/faxed to:
John F. Ward, Esq.
Benjamin R. Ricker, Esq.
Frederic G. Sandstrom, Esq.
Anthony Argiropoulos, Esq.
Christopher J. Boyle, Esq.

Civ 2 (7/83)
41.1(b)